**WHIPPLE AZZARELLO, LLC**
Attorneys at Law

177 Madison Avenue, 2nd Floor
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
**whippleazzarellolaw.com**

**JOHN C. WHIPPLE**
Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey and New York

**ADAM M. ELEWA**
Admitted in New Jersey and New York

**ANTHONY M. GRUPPUSO**
Of Counsel
Admitted in New Jersey and New York

January 13, 2025

**DOCUMENT ELECTRONICALLY FILED**

Honorable Brian R. Martinotti, USDJ
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse
2 Federal Square, Room 367
Newark, New Jersey 07102

**Re:** **<u>United States v. David Weathers</u>**
**Crim. No. 22-818 (BRM)**
**Sentencing Date: June 11, 2025**

Dear Judge Martinotti:

On December 9, 2024, Your Honor appointed me to represent David Weathers after he was permitted to discharge his private counsel. Previously, Mr. Weathers had pleaded guilty on February 26, 2024 (ECF 160). His sentencing date was scheduled and then adjourned. The Court has scheduled this matter for sentencing for June 11, 2025, (Docket Text: Set/Reset Hearings) and has cancelled the Status Conference (Text Order). On behalf of the Defendant, I respectfully request that the Court schedule an expedited sentencing date, if the Court's calendar permits and Probation can prepare a Presentence Report expeditiously. For the reasons set forth below, we respectfully request that the Court schedule the Defendant's sentence as soon as possible.

The Defendant had his initial appearance on December 7, 2022, and was ordered detained. (ECF 103.) He has been in continuous custody since then. The Defendant has been detained due to an immigration detainer which is a Deportation Order. Pursuant to the terms of his plea agreement, the Defendant's jail credits are approaching the advisory guideline sentencing range stipulated to by the parties, which is 30-37 months. With good time credits, he is quickly approaching a potential sentence of time served. Rule 32 of the Federal Rules of Criminal Procedure contemplates sentencing occurring without unnecessary delay. Given the circumstances here, that the Defendant is approaching the likely advisory sentencing guideline range, we respectfully request that the Court schedule Mr. Weathers sentencing as soon as possible. At sentencing, the Defendant will advocate for a sentence of time served and immediate

deportation. Once sentenced, he will be immediately released to immigration custody for deportation pursuant to the Immigration Court's Order.

Therefore, for the reasons stated herein, the Defendant respectfully requests that the Court schedule sentencing as soon as possible if the Court's calendar permits.

Respectfully submitted,

**WHIPPLE AZZARELLO, LLC**

By: ____s/John C. Whipple__________________
John C. Whipple

JCW:dn
cc: All Counsel of Record (Via ECF)
Donald Martenz, US Probation Office (Via Email: Donald_Martenz@njp.uscourts.gov)
Mr. David Weathers